IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 22-cr-30137-SPM |
| | ) | |
| TARVIN M. HAMLER, III, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF FACTS

The Government and Defendant agree and stipulate as follows:

1. Between December 18, 2019, and March 15, 2020, Defendant conspired and agreed with others to knowingly and intentionally distribute and possess with the intent to distribute controlled substances, including: Oxycodone, Hydrocodone, and Morphine, in violation of Title 21 United States Code, Sections 841(a)(1), 841(b)(1)(C), and 846. These prescription medicines had been stolen from DEA registered pharmacies in bulk quantities.

2. Defendant conspired and agreed with others to knowingly and intentionally commit burglaries to pharmacies in violation of 18 United States Code 2118(d). Defendants burglarized DEA-registered pharmacies by breaking plate glass windows or prying open locked doors. Once inside the pharmacies, Defendants stole Schedule II narcotics, prescription opiates, and stimulants.

3. On December 18, 2019, Defendants burglarized York's Pharmacy in McLeansboro, Illinois, with the intent to steal controlled substances in violation of 18 United States Code 2118(b). Defendant attempted to pry open the locked door of the pharmacy's rear entrance and carried stolen pharmaceuticals away from the building in a stolen trash can. The loss to the DEA registrant exceeded $20,000.00. Defendant also discarded a cigarette at this crime scene which was tested

for DNA. Pursuant to a search warrant, DNA testing of a buccal swab from Defendant confirmed that Defendant was the source of DNA on the discarded cigarette.

4. On December 22, 2019, Defendants burglarized Bandy's Pharmacy in Irvington, Illinois, with the intent to steal controlled substances in violation of 18 United States Code 2118(b). Defendant served as a look-out while a Co-Defendant entered the pharmacy through a shattered front door. The loss to the DEA registrant exceeded $8,000.00.

5. On January 23, 2020, Defendants burglarized Reidsville Pharmacy in Reidsville, North Carolina, with the intent to steal controlled substances. The loss to the DEA registrant exceeded $2,000.00.

6. On February 11, 2020, Defendants burglarized the Forest City Health Mart in St. James, Missouri, with the intent to steal controlled substances. The loss to the DEA registrant exceeded $10,000.00.

7. On February 28, 2020, Defendants burglarized the Hillsboro Health Mart in Hillsboro, Missouri, with the intent to steal controlled substances. Defendant threw a large landscaping brick or stone through a plate glass window, enabling a Co-Defendant to enter the building. The loss to the DEA registrant exceeded $50,000.00.

8. Defendant agrees that the crimes alleged in Counts 3 and 4 of the Indictment occurred within the Southern District of Illinois, and also agrees that venue is proper in the Southern District of Illinois for all counts. Defendant further agrees that these facts satisfy the essential elements of all counts as charged.

## So Stipulated.

                                                                     UNITED STATES OF AMERICA,

                                                                     RACHELLE AUD CROWE
                                                                     United States Attorney

_____                _____
TARVIN M. HAMLER, III                       JOHN D. A. TRIPPI
Defendant                                                Assistant United States Attorney

_____
GREGORY SMITH
Attorney for Defendant

Date: ___3/20/24_____                Date: ___December 27, 2023____